IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GORDIAN MEDICAL, INC.,
a Nevada corporation,

    Plaintiff,

vs.                                    CASE NO.  4:11-CV-00631-RH-CAS

ELIZABETH DUDEK, in her official
capacity as Secretary of the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Defendant.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Gordian Medical, Inc., and Defendant Elizabeth Dudek in her official capacity as the Secretary of the Florida Agency for Health Care Administration hereby advise the Court that they have entered into a settlement agreement to resolve the issues in this case; and that pursuant to the terms of their settlement agreement, they stipulate to the voluntary dismissal of this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own fees and costs.

4829-6334-0309.1
DMILLER dkm

Respectfully submitted this 19th day of September, 2013.

| | |
|---|---|
| *s/ Blaine H. Winship*<br>Pamela Jo Bondi<br>Attorney General of Florida<br>Blaine H. Winship, Special Counsel<br>Florida Bar No. 356913<br>*blaine.winship@myfloridalegal.com*<br>Office of the Attorney General of Florida<br>The Capitol, Suite PL-01<br>Tallahassee, FL 32399<br><br>Andrew T. Sheeran, Assistant General Counsel<br>*andrew.sheeran@ahca.myflorida.com*<br>Daniel M. Lake, Assistant General Counsel<br>*laked@ahca.myflorida.com*<br>Stuart F. Williams, Assistant General Counsel<br>*stuart.williams@ahca.myflorida.com*<br>Agency for Health Care Administration<br>2727 Mahan Drive, Building MS#3<br>Tallahassee, FL  32308<br><br>Attorneys for Defendant | *s/ David K. Miller*<br>DAVID K. MILLER, P.A.<br>Florida Bar No. 0213128<br>*dmiller@broadandcassel.com*<br>M. STEPHEN TURNER, P.A.<br>Florida Bar No. 095691<br>*sturner@broadandcassel.com*<br>BROAD AND CASSEL<br>215 South Monroe Street, Suite 400 (32301)<br>Post Office Drawer 11300<br>Tallahassee, FL  32302<br>Tel 850-681-6810; Fax 850-681-9792<br><br>and<br><br>GABRIEL IMPERATO, P.A.<br>Florida Bar No. 0623652<br>*gimperato@broadandcassel.com*<br>BROAD AND CASSEL<br>One Financial Plaza<br>100 S.E. 3rd Avenue, Suite 2700<br>Fort Lauderdale, FL  33394<br>Tel 954-764-7060; Fax 954-761-8135<br><br>Attorneys for Plaintiff |